

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

| | |
|---|---|
| ELISABETH HUNSBERGER, PETER HUNSBERGER, JULIA HUNSBERGER and BABY GIRL HUNSBERGER | PLAINTIFFS |
| BLUECROSS BLUESHIELD OF TENNESSEE, INC. | INTERVENING PLAINTIFF |
| V. | CIVIL ACTION NO. 2:02CV911 |
| | District Judge Barbier |
| | Magistrate Judge Shushan |
| | EDLA |
| TOYOTA MOTOR CORP.; TOYOTA MOTOR SALES U.S.A. INC; METLIFE AUTO & HOME INSURANCE AGENCY, INC. and MARK A. MAPLES | DEFENDANTS |

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

This cause came on before this Honorable Court on the motion of the parties for a dismissal of this cause as all parties have reached a compromise settlement. The Court is advised the parties agree to the dismissal of this cause, with prejudice. The Court finds that the motion is well taken and should be granted.

IT IS THEREFORE, ORDERED AND ADJUDGED that this cause be, and is, hereby dismissed with prejudice.

SO ORDERED this the ___ day of November, 2005.

DISTRICT COURT JUDGE

APPROVED AS TO FORM:

*[signature]*

BRIGGS SMITH
WILLIAM B. RYAN
C. TAB TURNER
Attorneys for Plaintiffs

*[signature]*

JOSEPH M. CROUT
CHARLES W. CAVAGNARO, JR.
Attorneys for Intervening Plaintiff, Blue Cross/Blue Shield

*[signature]*

DARRYL GRESHAM
MICHAEL R. BARNES
Attorneys for MetLife Insurance Company

*[signature]*

PATRICK H. ZACHARY
Attorney for Mark Maples

*[signature]*

DAVID L. AYERS
JENNIFER A. ROGERS
Attorneys for Toyota Motor Corporation,
Toyota Motor Sales, U.S.A., Inc.,
Toyota Motor Manufacturing USA, Inc.,
Toyota Motor Manufacturing North America, Inc.,
Toyota Technical Center and Higashi Fuji Technical Center